UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| United States of America<br><br>         Plaintiff,<br><br>   v.<br><br>City of Troy, Idaho<br><br>         Defendant. | Case No.  3:25-cv-00262-REP<br><br>**MOTION FOR A STAY<br>OF THE ENTIRE CASE<br>IN LIGHT OF LAPSE OF<br>APPROPRIATIONS** |

The United States of America hereby moves for a stay of the entire case in the above-captioned case.

1.	At the end of the day on September 30, 2025, appropriations to the Department of Justice lapsed.  The Department does not know when funding will be restored by Congress.

2.	Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

3.	Undersigned counsel for the Department of Justice therefore requests a stay of the entire case until Congress has restored appropriations to the Department.

4.	If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations (i.e., each deadline would be extended by the total number of days of the lapse in appropriations).

5.	Opposing counsel has authorized counsel for the Government to state that the Defendant, City of Troy have no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the entire case in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 2, 2025

| | |
|---|---|
| JUSTIN D. WHATCOTT<br>ACTING UNITED STATES ATTORNEY | Respectfully submitted,<br>HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division |
| CHRISTINE GEALY ENGLAND<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Idaho | /s/ Anisa Rahim<br>CARRIE PAGNUCCO<br>Chief<br>AMIE S. MURPHY<br>Deputy Chief<br>ANISA RAHIM<br>Trial Attorney<br>NOAH SACKS<br>Trial Attorney<br>United States Department of Justice<br>Civil Rights Division<br>Housing and Civil Enforcement Section<br><br>Attorneys for Plaintiff<br>United States of America<br><br>/s/ *Todd S. Richardson*<br>Todd S. Richardson<br>The Law Offices of Todd S. Richardson<br>604 Sixth Street<br>Clarkston, WA 99403<br>Todd@MyAttorneyTodd.com<br><br>/s/ *Joseph P. McGill*<br>FOLEY, BARON, METZGER & JUIP, PLLC<br>38777 Six Mile Road, Suite 300<br>Livonia, MI 48152<br>jmcgill@fbmjlaw.com<br><br>*Attorneys for Defendants, City of Troy* |