UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| United States of America,        )<br>                                                    )<br>            Plaintiff,             )<br>                                                    )<br>v.                                              )<br>                                                    )<br>City of Troy, Idaho               )<br>                                                    )<br>            Defendant.          )<br>_____) | Civil No. 3:25-cv-00262-REP |

### MOTION FOR WITHDRAWAL OF APPEARANCE OF ANISA RAHIM

Pursuant to Local Civil Rule 83.2(C)(4), Anisa Rahim, undersigned counsel for the United States of America, hereby moves to withdraw from the above-captioned matter. Ms. Rahim will be resigning from her position at the Department of Justice effective November 29, 2025. Noah Sacks, who is already admitted to appear *pro hac vice* in this matter, and whose address is 4 Constitution Square, 150 M Street NE, Washington, DC 20002, will succeed Ms. Rahim as lead counsel for the United States of America.

Dated: November 20, 2025

Respectfully submitted,

*/s/ Anisa Rahim*
ANISA RAHIM
NJ Bar ID No. 007802007
Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
150 M Street, NE
Washington, DC 20530
Phone: (202) 532-3918
Fax: (202) 514-1116
Email: Anisa.Rahim@usdoj.gov

*Counsel for the United States of America*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached motion was duly served on all counsel of record on November 20, 2025, by electronically filing the motion with the Clerk's Office using the CM/ECF System for filing.

/s/ Anisa Rahim
ANISA RAHIM
NJ Bar ID No. 007802007
Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
150 M Street, NE
Washington, DC 20530
Phone: (202) 532-3918
Fax: (202) 514-1116
Email: Anisa.Rahim@usdoj.gov

*Counsel for the United States of America*