UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CITY OF TROY, IDAHO,

    Defendant.

Case No. 3:25-cv-00262-AKB

**FIRST AMENDED SCHEDULING ORDER**

Based upon the Government's Unopposed Motion for Extension of Mediation Deadline (Dkt. 26), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Scheduling Order (Dkt. 25) is amended as follows:

1.     **Alternative Dispute Resolution**:

    a.     ADR must be held by **June 29, 2026**.

DATED: April 28, 2026

Amanda K. Brailsford
U.S. District Court Judge

**FIRST AMENDED SCHEDULING ORDER – 1**