STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>City of Troy, Idaho<br><br>Defendant. | Civil No. 3:25-cv-00262-REP |

**UNITED STATES' MOTION TO VACATE NOVEMBER 30TH MEDIATION**

COMES NOW, the United States, by and through the undersigned counsel, and moves this Court to vacate the November 30, 2026, mediation for the reasons set forth below.

The parties currently have some outstanding discovery disputes that were addressed in a Rule 37 letter that was transmitted by counsel for the United States to counsel for the Defendant on October 29, 2026. Specifically, the Defendant has not produced documents in response to the United States' Request for Production, and those responses are now nearly two months overdue. Responsive documents include two City of Troy Zoning Ordinances that the Defendant has not disclosed in their entirety, which may materially impact the claims and defenses in this case. The parties are attempting to resolve the discovery issues, in good faith, however no documents have been produced to date, and resolution of these issues may require court intervention.

As a result, the United States does not believe mediation will be productive at this time. In order to preserve the Court's resources, the United States respectfully requests that the Court vacate the November 30, 2026, mediation and reschedule it after all discovery disputes have been resolved.

Dated: November 16, 2026

Respectfully submitted,

For the Plaintiff:

JOHN C. SHIRTS
United States Attorney

CHRISTINE GEALY ENGLAND
Assistant United States Attorney
United States Attorney's Office
District of Idaho

CRAIG TRAINOR
Acting Assistant Attorney General
Civil Rights Division

/s/ Charla Jackson
CARRIE PAGNUCCO
Chief
AMIE S. MURPHY
Deputy Chief
CHARLA JACKSON
NOAH SACKS
Trial Attorneys
United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of November 2026, I caused the foregoing *United States' Motion to Vacate November 30th Mediation* to be electronically served on the following counsel of record:

Todd S. Richardson
The Law Offices of Todd S. Richardson 604 Sixth Street
Clarkston, WA 99403 Todd@MyAttorneyTodd.com

Joseph McGill

FOLEY, BARON, METZGER & JUIP, PLLC
38777 Six Mile Road, Suite 300
Livonia, MI 48152 jmcgill@fbmjlaw.com

*Attorneys for Defendant, City of Troy*

By: s/ Charla D. Jackson